CAUSE NO. 04-15-00183-CR

FOURTH COURT OF APPEALS

SAN ANTONIO, TEXAS

RICHARD LARES,
Appellant

v.

THE STATE OF TEXAS,
Appellee

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 APR 27 PM 1:08

KEITH E. HOTTLE, CLERK

NOTICE

TO THE HONORABLE JUSTICE(S) OF SAID COURT OF APPEALS:

Comes Now, Richard Lares, Appellant herein, in style and cause and provides Notice to the Honorable Justice(s) that Court Appointed Counsel's performance has already fallen below an objective standard and in support of this claim appellant provides the following:

I.

Appellant avers that NO Notice was sent to him from either the Honorable 399th Judicial District Court nor the Honorable Fourth Court of Appeals informing him that Appellant was facing DISMISSAL for not properly filing Notice of Intent to Appeal the 399th's Judgment Nunc Pro Tunc correcting the date of Offense, on January 26,2015, ruling of the Court.

II.

Appellant avers that he received a CERTIFIED LETTER from a Court Appointed attorney named Barry P. Hitchings and Julie B. Pollock on April 21,2015, 21 days after being appointed as per "STIC NET " an Automatic EMAIL Generated by the Court, dated March 26,2015 as the day Counsels were appointed. Said Email states "You are REQUIRED BY LAW to make every reasonable effort to CONTACT THE DEFENDANT not later than the end of the FIRST WORKING DAY after the date on which you are appointed and to 'INTERVIEW THE DEFENDANT' as soon as practicle thereafter."

Appointed Counsels did not make any reasonable effort to contact Appellant and thus failed to inform Appellant of **Vital Information** violating Rule 1.01 of TRPC specifically Comment six which gives an elucidation as to what is competent and diligent representation. Counsels' deficient performance has prejudiced the Appellant by not allowing him to be prepared to defend and provide a Justifiable "Good Cause" for not filing his notice of intent to appeal. Although, the Response may seem simple to prepare by any professional attorney at law, said response requires **interviewing the defendant** in person when possible inorder to make a Full and Fair Defense preparation for the response.

III.

Appellant avers that he can not have confidence in the appointed counsels' representation since said counsels' have already started with a bonified handy cap/disability which may indicate that counsels' schedule may not allow them to fit their new client into their already busy schedule, further denying appellant competent legal representation. In order to Test appellant's aleged theory, the appellant has provided **TWO GOOD CAUSE** reasons that have been accepted in the United States Supreme Court in Trevino 133 S.Ct. 1911 and Ex Parte *McCarthy*, Tex:Court of Criminal Appeals 2013, to include the fact that the Appellant is going through a Divorce and his soon to be ex-wife, Karina Lares-Guevara, has *consistantly refused* to return appellant's legal working papers and Newly Discovered/Available Affidavits and Material Evidence that would exonerate the Appellant and said bad faith has caused many denials in State and Federal Courts.

IV.

Appellant avers that the 399th Judicial District Court, respectfully speaking, has ignored his Motions and Requests for the examination of the Pre-Sentence Investigation Report which clearly indicated Appellant's Actual/Factual Innocence of Alibi Defense Credible Third Party Eyewitnesses of Appellant's and the Aleged Victim's whereabouts on ALL Counts and Dates to include a ReTired Arizona Officer's Affidavit and Testimony, Notarized but Appellant's Ex-Wife

has once again refused to provide the original to the Appellant, but he does have a JPay photo of the Officer's Affidavit with his name, badge number, and current address provided with his intended testimony for the court.

## V.

Appellant avers that the 399th's Judgment Nunc Pro Tunc is Appealable due to the Honorable Court's Original Judgment and Conviction being VOID ab initio for Lack of Jurisdiction to act as a Court in Cause 2006-CR-10110, because the aleged Victim did not alege any criminal offenses occurring on Count I Date of September 3,2000 and Count II Date of September 3,2001 when she was 9 and 10 years old respectably. The Aleged Victim's Affidavit to Det.Armstrong clearly stated the she is aleging a date for when she was 13 years old not 9 or 10. This being true renders the indictment Void and the contracted Plea Aggreement Involuntary for fraudulent false information grossly misrepresented by the detective and the D.A. of Bexar County. A Crime Not Aleged by the Tenor of the Affidavit is a Jurisdictional Matter which does not give the court any inhirent power to act as a court. Appellant's in Court testimony is Prima Facie to this material issue. See RR Pages 88 - Lines 18,19 and 20. In order to better clearify all issues appellant has consistantly requested an Evidentiary Hearing but has been denied at every level of the Courts.

The Honorable 399th Court Correctly corrected the clerricale error but ignored the rest of the Nunc Pro Tunc's matterial evidence of Lack of Juridiction in accepting a Plea Bargain Based on induced fraudulant information in which the Court is inable to accept such pleading based on such errounous information, its inability to even offer said contractual agreements. Thus Appellant should be Released Forthwith due to wrongful incarceration and illegal sentence.

## PRAYER

WHEREFORE PRIMISES CONSIDERED, Appellant prays that the Honorable take all of the above information into consideration and the unique circumstances involved that may have prevented appellant from filing a proper Notice of Intent to App

eal. Appellant further Notice the Honorable Court of Appeals that he is **Mentally Ill/Disabled** and **requires an Attorney** who is ADA qualified to represent a client with mental disorders. Appellant is a U.S.Army SpecialForces Combat Vet. who suffers from Post Traumatic Stress Disorder and Schitzo-Affective Disorder as ruled in Military Veteran's Court for his disability being delusional and having a false sence of reality. Inmat es have come together and helped him put this letter together and all other pleading together as well, his own pleas. *SO MOVED, SO PRAYED FOR THAT THIS NOTICE BE CONSIDERED.*

Sincerely Submitted,

*Richard Lares*

Richard Lares, Pro Se

## CERTIFICATE OF SERVICE

I certify that I have read the pleadings and to the best of my knowledge and belief, formed after reasonable inquiry, that the instrument is NOT Groundless, or brought in Bad Faith or brought for the purpose of Harrasment, unnecessary delay, or other improper purpose. That on the date written in this Certification, Appellant has forward a true and correct copy of this Notice to the Clerk of the Fourth Court of Appeals District, Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200, San Antonio, Texas 78205-3037 and Appointed Counsels Barry P. Hitchings, Hitchings and Pollock, 645 South Presa, San Antonio, Texas 78210 delivered by U.S.Postal Mail April 23,2015.

Respectfully,

*Richard Lares*

Richard Lares, Pro Se
1592255 TDCJ-ID
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

"De Oppresso Liber"

Richard Laves 1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

Legal

Mail

NORTH HOUSTON TX 773

23 APR 2015 PN9 L

USA
FOREVER
2014

Clerk, Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tex. 78205-3037

7820530379